1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| MATTHEW ARVIZU,<br><br>　　　　Plaintiff,<br><br>versus<br><br>GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION; GREENPOINT MORTGAGE FUNDING, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ETS SERVICES, LLC; EXECUTIVE TRUSTEE SERVICES; CONNIE R. MELVIN d/b/a ACTION LEGAL SUPPORT SERVICE; MERRITT LAW, INC.; and Does 1 to 200, inclusive.<br><br>　　　　Defendants. | **Case Number: 1:10-cv-00990-OWW-JLT**<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO ENLARGE TIME TO FILE OPPOSITION(S) PURSUANT TO RULE 6(b)(1)(B)** |

PDF created with pdfFactory trial version www.pdffactory.com

1  The Court, having considered Plaintiff MATTHEW ARVIZU's Motion to Enlarge
2  Time to File Opposition(s) to the Motion to Dismiss, Request for Judicial Notice, and
3  Joinder thereof (Docket 6, 7 & 8), the papers filed in support of said motion and any papers
4  filed in response by any defendant, hereby orders as follows:
5  IT IS HEREBY ORDERED that Plaintiff MATTHEW ARVIZU's Motion to
6  Enlarge Time to File Opposition(s) to Motion to Dismiss, Request for Judicial Notice, and
7  Joinder thereof (Docket 6, 7 & 8) is GRANTED.
8  Plaintiff MATTHEW ARVIZU is granted 14 days from the date of this Order to file
9  the Opposition(s) to Motion to Dismiss, Request for Judicial Notice, and Joinder thereof
10  (Docket 6, 7 & 8), and if the underlying bankruptcy case (Eastern District of California,
11  Fresno Division, case number: 2010-13278) where Plaintiff is a Debtor under Chapter 7 of
12  the Bankruptcy Code is not discharge and closed by July 30, 2010, Plaintiff's grant is
13  extended to 30 days from the date of this Order.
14  The hearing date on the motions is now set for: October 4, 2010 at 10:00AM in
15  Courtroom 3, on the 7th Floor, before Judge Wanger.

17  **IT IS ORDERED.**

21  July 27, 2010

/s/ OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

Page 2
**ORDER**

PDF created with pdfFactory trial version www.pdffactory.com