UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MATTHEW ARVIZU,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GMAC MORTGAGE, LLC FKA GMAC MORTGAGE CORPORATION; GREENPOINT MORTGAGE FUNDING, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ETS SERVICES, LLC; EXECUTIVE TRUSTEE SERVICES; CONNIE R. MELVIN d/b/a ACTION LEGAL SUPPROT SERVICE; MERRITT LAW, INC.; and Does 1 to 200, inclusive,<br><br>　　　　　. | Case No.:  1:10-cv-990-OWW-JLT<br><br>**ORDER DENYING PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: INJUNCTION**<br><br>Date:　Monday, August 2, 2010<br>Time:　4:00 PM<br>Dept:　Courtroom 3, 7th floor<br>Judge:　Hon. Oliver W. Wanger |

　　　　Plaintiff Matthew Arvizu's ("Plaintiff's") *ex parte* Emergency Application for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction (Docket No. 18), filed on July 29, 2010 ("Application"), came on for hearing on August 2, 2010 in this Department before the Hon. Oliver W. Wanger.

　　　　Francisco Aldana of The Advocates' Law Firm, LLP appeared on behalf of Plaintiff. Alex Sears of Severson & Werson appeared on behalf of defendants GMAC Mortgage, LLC,

1

PDF created with pdfFactory trial version www.pdffactory.com

Mortgage Electronic Registration Systems, Inc, and Executive Trustee Services, LLC (incorrectly sued as "ETS Services, LLC" and "Executive Trustee Services"). Chetna Vora of Archer Norris appeared on behalf of defendant Greenpoint Mortgage Funding, Inc.

After considering the moving and opposition papers, as well as oral argument, and good cause appearing, the Court ruled as follows:

IT IS HEREBY ORDERED that because Plaintiff has not adequately demonstrated a likelihood of success on the merits, that Plaintiff's Application for temporary restraining order is DENIED.

The denial of Plaintiff's Application for temporary restraining order is WITHOUT PREJUDICE to Plaintiff bringing a motion for a preliminary injunction, seeking the same relief as was sought in the Application, on a regular noticed motion schedule.

DATED:__August 20, 2010_          _/s/ OLIVER W. WANGER_____
                                   Hon. Oliver W. Wanger
                                   U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com